UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

ROBERT CARROLL

                        Plaintiff,        Docket No.  1:18-CV-667 (TJM/CFH)

   -against-                                 **NOTICE OF MOTION**

US. EQUITIES CORP., LINDA STRUMPF,
HAL SIEGEL, both personally and as owner
of U.S. Equities, DAVID WARSHALL,
and WING LAM
                        Defendants
---------------------------------------------------------

     **PLEASE TAKE NOTICE** that upon the Declaration of Linda Strumpf, Esq., the accompanying Memorandum of Law, and upon all the pleadings and proceedings had herein, defendants, U.S. EQUITIES CORP., LINDA STRUMPF, ESQ., and HAL SIEGEL will move this Court on December 28, 2018 at 10:00 A.M. in the forenoon of that day, or as soon thereafter as counsel can be heard, before the Honorable Thomas J. McAvoy at the Federal Building and United States Courthouse for the Northern District of New York, 15 Henry Street, Binghamton, NY 13901 for an Order, pursuant to Federal Rules of Civil Procedure 12(b) (1) and 12(b)(6) to dismiss the complaint and to grant such other and further relief as the Court deems just and proper.

     **PLEASE TAKE FURTHER NOTICE,** that the opposition brief, if any, must be served not less than seventeen days prior to the return date of the motion.

Dated:  November 16, 2018

                                                          Respectfully Submitted,

                                                          */s/Linda Strumpf*_____
                                                          Linda Strumpf, Esq., 519528
                                                          Defendant Pro Se and
                                                          Attorney for Defendants
                                                          U.S. Equities Corp. and Hal Siegel
                                                          69 Fox Run
                                                          South Salem, NY 10590
                                                          Tel: 212-566-6800
                                                          linda.strumpflaw@live.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

ROBERT CARROLL

         Plaintiff,   Docket No.  1:18-CV-667 (TJM/CFH)

  -against-          CERTIFICATE OF SERVICE

US. EQUITIES CORP., LINDA STRUMPF,
HAL SIEGEL, both personally and as owner
of U.S. Equities, DAVID WARSHALL,
and WING LAM
         Defendants
-----------------------------------------------------------

  I hereby certify that on November 16, 2018 I served the attached Notice of Motion to Dismiss to the Plaintiff Pro Se by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed as follows:

Robert Carroll
P.O. 201
Connelly, NY 12417

            */s/Linda Strumpf*
            Linda Strumpf, Esq., 519528
            Attorney for Defendant
            U.S. Equities Corp.
            69 Fox Run
            South Salem, NY 10590
            Tel: 212-566-6800
            linda.strumpflaw@live.com